# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Mario Robles Flores,<br>a.k.a.: Mario Robles-Flores,<br>a.k.a.: Mario Flores,<br>a.k.a.: Marcos Florez-Ramon<br>(A079 653 749)<br>*Defendant* | )<br>)<br>) Case No. 17-9368 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 9, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Mario Robles Flores, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 16, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 29, 2017

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 9, 2015, Mario Robles Flores was booked into the Maricopa County Jail (MCJ) intake facility by the Maricopa County Sheriff's Office, on local charges. While incarcerated at the MCJ, Robles Flores was examined by ICE Officer S. Black who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 28, 2017, Robles Flores was released from the Arizona Department of Corrections and was transported to the Phoenix ICE office for further investigation and processing. Robles Flores was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Mario Robles Flores to be a citizen of Mexico and a previously deported criminal alien. Robles Flores was removed from the United States to Mexico through Nogales, Arizona, on or about October 16, 2001, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Robles Flores in any Department of Homeland Security database to suggest

1

that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Robles Flores' immigration history was matched to him by electronic fingerprint comparison.

4. On August 28, 2017, Mario Robles Flores was advised of his constitutional rights. Robles Flores freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about July 9, 2015, Mario Robles Flores, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 16, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 29th day of August, 2017.

Eileen S. Willett,
United States Magistrate Judge